CHARLES STUECK, as President of the Welfare Association of Grumman Aircraft Engineering Corporation, Respondent, v. DRINCUP VENDORS, INC., Appellant.— No opinion. Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

JAMES L. SWEET, Appellant, v. MARGARET SWEET, Respondent.— Settle order on notice. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

ISAAC VALENCY, an Infant, by MARY VALENCY, His Guardian ad Litem, et al., Respondents, v. LILLIAN KAPLAN et al., Appellants.— No opinion. Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

CLARA ZICARELLI, as Administratrix of the Estate of RICHARD ZICARELLI, Deceased, Appellant, v. ISIDORE GOLDSTEIN et al., Respondents, et al., Defendants.— No opinion. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

(November 5, 1943.)

In the Matter of ANTHONY B. MANZELLA, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.— Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.